UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

| CHAMBERS OF | U.S. COURTHOUSE |
|---|---|
| TONIANNE J. BONGIOVANNI | 402 E. STATE STREET, RM 6052 |
| UNITED STATES MAGISTRATE JUDGE | TRENTON, NJ 08608 |

May 22, 2013

## LETTER ORDER

Re:   **Depomed, Inc. v. Purdue Pharma L.P., et al.**
       Civil Action No. 13-571 (JAP)

Dear Counsel:

As discussed during the initial conference held earlier today, the following schedule shall govern this matter:

| ACTION | DEADLINE |
|---|---|
| Plaintiffs' Disclosure of Asserted Claims (L.Pat.R. 3.6(b)) | **June 12, 2013** |
| Parties' Submission of Consent Discovery Confidentiality Order (L.Pat.R. 2.2) | **June 21, 2013** |
| Defendants' Service of Invalidity Contentions and Related Document Production ( L.Pat.R. 3.6(c) & (d)) | **July 26, 2013** |
| Defendants' Service of Non-infringement Contentions and Related Document Production (L.Pat.R. 3.6(e) & (f)) | **July 26, 2013** |
| Plaintiffs' Responses to Defendants' Invalidity Contentions (L.Pat.R. 3.6(i)) | **August 27, 2013** |
| The Court shall conduct a telephone conference with the parties. Plaintiff shall initiate the conference. | **September 10, 2013 at 11:00 a.m.** |

The remaining schedule shall be set at the time of the aforementioned telephone conference.

The Court notes that the parties shall be limited to 50 interrogatories per side and 12 depositions per side. The Court further reminds the parties of their obligation to meet and confer in good faith before bringing any discovery or case management dispute to the Court's attention. Letters faxed or emailed to Chambers need not be mailed to Chambers.

**IT IS SO ORDERED.**

                                                             s/ Tonianne J. Bongiovanni
                                                      **TONIANNE J. BONGIOVANNI**
                                                      **United States Magistrate Judge**