Liza M. Walsh
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
(973) 757-1100

*Of Counsel:*
John J. Normile
Kelsey I. Nix
Gasper LaRosa
Lisamarie LoGiudice
JONES DAY
250 Vesey Street
New York, New York 10281
(212) 326-3939

*Attorneys for Defendants and Counterclaim-Plaintiffs*
*Purdue Pharma L.P., The P.F. Laboratories, Inc., and*
*Purdue Pharmaceuticals L.P.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEPOMED, INC.<br><br>                     Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS L.P.<br><br>                     Defendants. | Civil Action No. 13-571-MLC-TJB<br><br>**NOTICE OF MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS**<br><br>**Return Date: July 5, 2016**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on July 5, 2016, or as soon as counsel may be heard, the undersigned, attorneys for Defendants and Counterclaim-Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P. (collectively, "Purdue" or "Defendants"), shall move before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States

District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey for the entry of an Order, pursuant to L. Pat. R. 3.7, granting Purdue's Motion for Leave to Amend Its Invalidity Contentions.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the undersigned shall rely upon the accompanying Memorandum of Law, Declaration of Liza M. Walsh with Exhibits A-B annexed thereto, and any subsequent reply submissions, together with all pleadings and proceedings on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order has also been submitted.

Dated: June 1, 2016

*s/ Liza M. Walsh*
Liza M. Walsh
Eleonore Ofosu-Antwi
WALSH PIZZI O'REILLY FALANGA LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
(973) 757-1100

*Of Counsel:*
John J. Normile
Kelsey I. Nix
Gasper LaRosa
Lisamarie LoGiudice
JONES DAY
250 Vesey Street
New York, New York 10281
(212) 326-3939

*Attorneys for Defendants and Counterclaim-Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P.*