| | |
|---|---|
| Liza M. Walsh<br>Eleonore Ofosu-Antwi<br>WALSH PIZZI O'REILLY FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, New Jersey 07102<br>(973) 757-1100<br><br>*Attorneys for Defendants and Counterclaim-Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P.* | Keith J. Miller<br>Michael Gesualdo<br>ROBINSON MILLER LLC<br>One Newark Center, 19th Floor<br>Newark, New Jersey 07102<br>(973) 690-5400<br><br>*Attorneys for Plaintiff Depomed, Inc.* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEPOMED, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., and PURDUE PHARMACEUTICALS L.P.,<br><br>                Defendants. | Civil Action No. 13-571-BRM-TJB<br><br>**NOTICE OF JOINT MOTION TO SEAL**<br><br>MOTION RETURN DATE:  APRIL 2, 2018<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on April 2, 2018, or as soon as the Court deems appropriate, Plaintiff Depomed, Inc. ("Plaintiff") and Defendants Purdue Pharma L.P., The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P. (collectively, "Purdue") will appear before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, and will move this Court pursuant to Local Civil Rule 5.3(c), for the entry of an Order to Seal portions of Exhibits 1-2 to Plaintiff's February 15, 2018 Letter to the Hon. Tonianne J. Bongiovanni, U.S.M.J. (D.E. 365).

**PLEASE TAKE FURTHER NOTICE THAT** the parties shall rely upon the accompanying Declaration of Liza M. Walsh, Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith. A proposed form of Order is also submitted for the Court's consideration.

| | |
|---|---|
| Respectfully submitted, | Dated: March 7, 2018 |
| By: s/ *Liza M. Walsh* <br> Liza M. Walsh <br> Eleonore Ofosu-Antwi <br> WALSH PIZZI O'REILLY FALANGA LLP <br> One Riverfront Plaza <br> 1037 Raymond Boulevard, Suite 600 <br> Newark, New Jersey 07102 <br> (973) 757-1100 | By: s/ *Keith J. Miller* <br> Keith J. Miller <br> Michael Gesualdo <br> ROBINSON MILLER LLC <br> One Newark Center, 19th Floor <br> Newark, New Jersey 07102 <br> (973) 690-5400 |
| *Of Counsel:* <br><br> John J. Normile <br> Kelsey I. Nix <br> Gasper LaRosa <br> Lisamarie LoGiudice <br> JONES DAY <br> 250 Vesey Street <br> New York, New York 10281 <br> (212) 326-3939 <br><br> *Attorneys for Defendants and Counterclaim-Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P.* | *Of Counsel:* <br><br> Paul J. Andre <br> Lisa Kobialka <br> Hannah Lee <br> KRAMER LEVIN NAFTALIS & FRANKEL LLP <br> 990 Marsh Road <br> Menlo Park, CA 94025 <br> (650) 752-1700 <br><br> Mark Baghdassarian <br> KRAMER LEVIN NAFTALIS & FRANKEL LLP <br> 1177 Avenue of the Americas <br> New York, NY 10036 <br> (212) 715-9100 <br><br> *Attorneys for Plaintiff Depomed, Inc.* |