

**ONE RIVERFRONT PLAZA**
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

March 21, 2018

**VIA ECF**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    *Depomed Inc. v. Purdue Pharma L.P., et al.*
               **Civil Action No. 13-571 (BRM/TJB)**

Dear Judge Bongiovanni:

      This firm, together with Jones Day, represents Defendants and Counterclaim-Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., and Purdue Pharmaceuticals L.P. (collectively, "Purdue") in the above-captioned matter. We write to respectfully request that the Court unseal Purdue's March 16, 2018 letter with exhibits to your Honor (D.E. 387). Purdue filed the submission under seal out of an abundance of caution because it believed in good faith that the letter may contain Plaintiff's confidential information. However, the parties have since conferred about Purdue's submission, and Plaintiff has confirmed that the letter does not contain or disclose any of its confidential or highly confidential information. Accordingly, Purdue's March 16 submission can be unsealed.

      We thank the Court for its consideration, and should Your Honor or Your Honor's staff have any questions, we are always available.

                                          Respectfully submitted,

                                          *s/ Liza M. Walsh*

                                          Liza M. Walsh

cc:    William T. Walsh, Clerk (via ECF)
        All Counsel of Record (via ECF and Email)